# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:16-cv-764-GCM

|  |  |
|---|---|
| MOVING SIMPLIFIED, INC., | |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |
| ESTES EXPRESS LINES, INC. d/b/a ESTES SUREMOVE, | |
| Defendant. | |

**THIS MATTER** is before the Court on Defendant's motion to dismiss Plaintiff's claim for conversion pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. No. 9).

The deadline for Plaintiff to respond to Defendant's motion to dismiss was January 20, 2016. To date, Plaintiff has failed to respond to Defendant's motion.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Defendant's motion to dismiss Plaintiff's conversion claim is hereby GRANTED, and Plaintiff's conversion claim is dismissed with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Signed: February 8, 2017

Graham C. Mullen
United States District Judge